JOSEPH BIANCHI, Respondent, *v.* LOBLAW GROCETERIAS, INC., Appellant.

Argued November 19, 1952; decided January 8, 1953.

*Joseph Swart* for appellant.

*George E. Phillies* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.